FILED & JUDGMENT ENTERED

Christine F. Ramsey

May  29  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

------------------------------------------------------------ x
In re:                                                                 :
                                                                           :     Chapter 7
NICHOLAS WALTER JAKUBOWSKI AND       :
SAMANTHA ANN JAKUBOWSKI,                       :     Case No.: 24-10127
                                                                           :
                                             Debtor.                :
------------------------------------------------------------ x

**ORDER GRANTING MOTION
FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of Exeter Finance LLC's Motion for Relief from Automatic Stay (the

"Motion") and any objection to the Motion; and after due deliberation thereon; and good cause

having been shown and found; it is, by the United States Bankruptcy Court for the Western District

of North Carolina, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

WBD (US) v-

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 and Co-Debtor Stay of 11 U.S.C. §1301(c)(2) is hereby terminated to permit Exeter Finance LLC to exercise its rights and remedies under applicable non-bankruptcy law under the Lease executed by Debtor and Co-Debtor in favor of Exeter Finance LLC in the principal amount of $25,493.70 for the financed purchase of one (1) 2017 JAGUAR F-PACE, VIN No. SADCL2BV5HA054171 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that Exeter Finance LLC is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing Exeter Finance LLC, including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED**, that upon disposition of the Vehicle, Exeter Finance LLC must provide an explanation of any surplus to the trustee, the debtor's attorney, and the debtor within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED**, that Exeter Finance LLC has 120 days for personal property from entry of the order granting the relief to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein; and it is further

WBD (US) v-WBD (US) v-

**ORDERED**, that the fourteen-day stay imposed by Rule 4001(a)(3) of the Federal Rules

of Bankruptcy Procedure is hereby waived.

**This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.**    **United States Bankruptcy Court**